**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                              CASE NO: 8:10-cr-100-T-30MAP

DAVID LOPEZ MENDEZ

_____

**ORDER**

THIS CAUSE comes before the Court on Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2) (Doc. 397), based on Amendment 794 to the Sentencing Guidelines. The Court, having reviewed the motion and the relevant law, concludes the motion should be denied.

Section 3582(c)(2) only permits a court to modify a prison sentence if the amendment is retroactively applicable. *See* U.S. Sentencing Guidelines Manual § 1B1.10 (2016). "Amendment 794 cannot be given retroactive effect in a § 3582(c)(2) proceeding." *United States v. McNeill*, No. 16-7080, 2016 WL 6936472, at *1 (4th Cir. Nov. 28, 2016). Defendant's motion, therefore, is improper.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's motion (Doc. 397) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of December, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record